1   JACQUELYNE M. NGUYEN, Bar no. 249658
    LAW OFFICES OF JACQUELYNE M. NGUYEN
2   1670 SANTA ANA AVE., SUITE "K"
    Telephone: (949) 722-0055
3   Fax: (949) 722-8416

4   Attorney for: PLAINTIFF

5

6

7

8                  UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        No. CV A 12-6176

12                   Plaintiff,

13        vs.                        CONSENT JUDGMENT

14  ROSA M. MEDINA,

15                   Defendant

16

17      Pursuant to the above stipulation of the parties,

18  Judgment is hereby entered in favor of Plaintiff, UNITED

19  STATES OF AMERICA, against Defendant, Rosa M. Medina, in the

20  principal amount of $1,516.88 plus interest accrued to July

21  16, 2012, in the sum of $1,851.15; with interest accruing

22  thereafter at 8% annually until entry of judgment,

23  administration costs in the amount of $0.00, for a total

24  amount of  **$3,368.03**.

25

26  DATED: ____9/11/2012____      By: TERRY NAFISI
                                      _____
27                                    Clerk of the Court
                                      L. RAYFORD
28                                    _____
                                      Deputy Clerk
                                      United States District Court